# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| **SKUADRA CONSTRUCTION, LLC,** | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | **CIVIL ACTION NO. 7:25-CV-00233** |
| | § | **JURY** |
| **ZURICH NORTH AMERICA,** | § | |
| *Defendant*. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Skuadra Construction, LLC ("Plaintiff"), and Defendant, American Zurich Insurance Company incorrectly sued as Zurich North America, hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, Plaintiff's claims against **ALL** Defendants in this lawsuit are hereby dismissed with prejudice, with each party to bear its own costs. This Stipulation dismisses this lawsuit in its entirety.

Respectfully submitted,

By: */s/ Celeste Guerra     *w/ permission*
**Larry W. Lawrence, Jr.**
State Bar No. 00794145
**Michael Lawrence**
State Bar No. 24055826
**Celeste Guerra**
State Bar No. 00795395
LAWRENCE LAW FIRM
3112 Windsor Road, Suite A234
Austin, Texas 78703
Telephone: (956) 994-0057
Facsimile: (800) 507-4152
lawrencefirm@gmail.com

**ATTORNEYS FOR PLAINTIFF**

By: */s/ George Arnold*
**George Arnold**
State Bar No. 00783559
garnold@thompsoncoe.com
**Susan Sparks Usery**
State Bar No. 18880100
susery@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, LLP
4400 Post Oak Parkway, Suite 1000
Houston, Texas  77027
Telephone:  (713) 403-8210
Facsimile:  (713) 403-8299

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that on June 13, 2025, a true and correct copy of the foregoing was electronically delivered to the following counsel of record in accordance with the Federal Rules of Civil Procedure.

Larry W. Lawrence, Jr.
Michael Lawrence
Celeste Guerra
LAWRENCE LAW FIRM
3112 Windsor Rd., Ste. A234
Austin, TX 78703
lawrencefirm@gmail.com
*Attorneys for Plaintiff*

 */s/ George Arnold*
George Arnold