United States District Court
Southern District of Texas
**ENTERED**
June 20, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| SKUADRA CONSTRUCTION, LLC, § | |
| *Plaintiff*, § | |
| § | |
| V. § | CIVIL ACTION NO. 7:25-CV-00233 |
| § | JURY |
| ZURICH NORTH AMERICA, § | |
| *Defendant*. § | |

## ORDER OF DISMISSAL

Before the Court is the parties' *Joint Stipulation of Dismissal with Prejudice*. The parties seek a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) of all claims in this lawsuit. To the extent that the parties' dismissal is not yet in effect, the above-styled action is hereby dismissed with prejudice.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE, and the parties shall bear their own attorney's fees and costs. IT IS FURTHER ORDERED that all pending motions in this matter be DENIED as moot.

THIS IS A FINAL JUDGMENT.

SO ORDERED June 20, 2025, at McAllen, Texas.

Randy Crane
United States District Judge